UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATALIE HICKSON on behalf of the | § | |
| Estate of Malcom Loren Hickson, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:18-CV-2747-B |
| | § | |
| CITY OF CARROLLTON, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The *Defendant City of Carrollton and Caleb West's Partial Motion to Dismiss Plaintiff's First Amended Complaint and Brief*, filed December 20, 2018 (doc. 18), is **GRANTED.** The plaintiffs' federal claims against Officer in his official capacity, all of their state law claims against him, and their claim for joint and several liability are dismissed. By separate judgment, all of the plaintiff's claims against the defendant City of Carrollton, Texas, will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 16th day of August, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE