UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATALIE HICKSON, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-02747-B |
| | § | |
| CITY OF CARROLLTON, et al., | § | |
| Defendants. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants City of Carrollton and Caleb West's Motion for Award of Attorney's Fees and Brief*, filed August 8, 2019 (doc. 32), is **DENIED**.

**SIGNED this 13th day of February, 2020.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE