UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATALIE HICKSON on behalf of the Estate of Malcom Loren Hickson,<br>Plaintiff,<br>vs.<br><br>CITY OF CARROLLTON, et al.,<br>Defendants. | §<br>§<br>§<br>§   Civil Action No. 3:18-CV-2747-B (BH)<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The parties' proposed settlement agreement is accepted as being in the best interests of the minor plaintiff, and their proposed agreed judgment will be entered. The guardian ad litem is awarded compensation in the amount of $2,696.00, to be paid by the defendant's insurer, and is hereby discharged from any further duties or obligations in this case.

SIGNED this 26th day of August, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE